AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Cynthia Jampel | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-CV-80160 CANNON |
| Justfoodfordogs, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Justfoodfordogs, LLC
c/o Registered Agent Michael Yoshida
1787 Flight Way
Tustin, CA 92782-1838

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Prater
Pollard PLLC
500 E. Broward Blvd., Ste. 950
Fort Lauderdale, FL 33394

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/13/2026

**SUMMONS**



*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court